

# THE THIRTEENTH COURT OF APPEALS

---

13-17-00567-CR

---

Fredys Olifier Rios-Barahona
v.
The State of Texas

---

On Appeal from the
207th District Court of Comal County, Texas
Trial Cause No. CR2016-146

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART for appellant's conviction for aggravated sexual assault of a child AND REVERSE appellant's conviction for indecency with a child by contact AND RENDER a judgment of acquittal.

We further order this decision certified below for observance.

August 22, 2019